

**E-FILED OCT -8 2019** Document #

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br>v.<br><br>TOVIE ASARESE ROYAL PRINTING CO., INC., a New York Corporation,<br><br>Defendant. | Case No.: 2:19-cv-04655-PSG (AFMx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION REGARDING SETTLEMENT AND ENTRY OF CONSENT JUDGMENT** |

IT IS ORDERED that the Stipulation Regarding Settlement and Entry of Consent Judgment ("Stipulation") be entered. The Court retains jurisdiction over the parties at their request in order to enforce the terms of the Stipulation.

Dated: 10/7/19

_____
Hon. Philip S. Gutierrez
United States District Judge

1

[PROPOSED] ORDER ON STIPULATION REGARDING SETTLEMENT AND ENTRY OF CONSENT JUDGMENT